# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No.** _____

_____ vs. _____

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

_____

Indicate the party's role IN THIS COURT (check <u>only</u> one):

_____ Petitioner(s)    _____ Appellant(s)    _____ Intervenor (s)

_____ Respondent(s)    _____ Appellee(s)    _____ Amicus Curiae

(Type or Print) Counsel's Name _____
           Mr.     Ms.     Mrs.     Miss

Firm _____

Address _____

City, State, Zip Code _____

Phone ( )  _____    Fax ( )  _____

**Primary E-Mail Address (required)** _____

**Additional E-Mail Address (1)** _____
**Additional E-Mail Address (2)** _____

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. ***YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.***

## SIGNATURE OF COUNSEL: _____

_____

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

***IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.***

This entry of appearance must be served on all parties.

REV. 10/16/09